JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE BOYD, an individual<br><br>　　　　　　　Plaintiffs,<br>　vs.<br><br>SETERUS, INC., a Delaware Corporation and DOES 1-100, INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No.: 2:17-cv-00076 GW (GJSx)<br><br>*Assigned to Honorable George H. Wu*<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint filed: December 5, 2016<br>Action removed: January 5, 2017 |

Having reviewed the Stipulation for Dismissal of Entire Action With Prejudice entered into by Plaintiff ELAINE BOYD and Defendant SETERUS, INC ("Seterus"), it is     HEREBY ORDERED, ADJUDGED AND DECREED:

IT IS ORDERED THAT the above entitled action is DISMISSED in its entirety WITH PREJUDICE.

**IT IS SO ORDERED**.

Dated: June 28, 2017

_____
Honorable George H. Wu
United States District Judge

1

---

ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE